ABRAHAM BROUNSTEIN, Appellant, v. EUCLID HOLDING CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TED CHOATE, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN BAYER, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.

In the Matter of HILTON HOTELS CORPORATION, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [2–20 and 22 W. 59th St., Borough of Manhattan.] — Order unanimously modified so as to fix values as to Lot 25, for both years involved, as follows: Land $4,600,000, Improvement $3,750,000, Total $8,350,000; the values for Lot 56, for both years, affirmed and, as so modified, affirmed. On all the evidence other values are not justified. Settle order on notice. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.

CATHERINE ESPOSITO, Respondent, v. RALPH ESPOSITO, Appellant.— Order unanimously modified so as to permit defendant to amend the answer to set up an alleged Nevada decree. The issue with respect to the jurisdiction of the Nevada court and the validity of the claimed decree may be determined at the trial. Settle order on notice. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.

IRMA BERG, Appellant, v. SOLOMON BERG, Respondent.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ. [See 282 App. Div. 759.]

GEORGE L. ARMOUR, as Trustee under a Deed of Trust Made by BERNARD R. ARMOUR for the Benefit of Ruth Armour and Others, Respondent, v. RUTH ARMOUR et al., Respondents, and WILLIAM F. BLEAKLEY, as General Guardian of RUTH ARMOUR, an Infant, Appellant.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Separate orders in the eight other appeals may be submitted for entry in accordance with the stipulation herein. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

JOHN B. LEONARD et al., Appellants, v. SOUTHERN SEAS STEAMSHIP COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.